UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DMITRI THEODORE,<br><br>       Plaintiff,<br><br>    -against-<br><br>CORPHOUSING LLC, *doing business as* SOBE NY; JIMMIE CHATMON;<br><br>       Defendants. | 24-CV-5432 (VEC)<br><br>ORDER |

VALERIE CAPRONI, United States District Judge:

  WHEREAS Plaintiff has filed proof of service as to both Defendants, Dkts. 10–11;

  WHEREAS the deadline to answer or otherwise respond to the Complaint has elapsed for both Defendants, *id.*; and

  WHEREAS neither Defendant has appeared or answered.

  IT IS HEREBY ORDERED that Plaintiff must move for an order to show cause why default judgment should not be entered against all Defendants, in accordance with this Court's Individual Practices, by no later than **Monday, January 27, 2025**.

**SO ORDERED.**

Date: **January 6, 2025**
   **New York, New York**

                 **VALERIE CAPRONI**
                **United States District Judge**