UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DMITRI THEODORE,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　-against-<br><br>CORPHOUSING LLC, *doing business as* SOBE NY;<br>JIMMIE CHATMON;<br><br>　　　　　　　　　　Defendants. | 24-CV-5432 (VEC)<br><br>ORDER |

VALERIE CAPRONI, United States District Judge:

　　WHEREAS on January 28, 2025, Defendants Corphousing LLC and Jimmie Chatmon were ordered to show cause before the Undersigned on March 14, 2025, why a default judgment should not be issued pursuant to Federal Rule of Civil Procedure 55 against each of them (Dkt. 22);

　　WHEREAS on March 14, 2025, Defendants failed to appear at the hearing.

　　IT IS HEREBY ORDERED that, not later than **Friday, March 21, 2025**, Plaintiff must file: (1) an affidavit affirming that his damages, as set forth in the Declaration of Susan Ghim (Dkt. 20), are accurate; (2) a letter withdrawing his claims for statutory damages pursuant to the Sixth and Seventh Causes of Action, or arguing that he has alleged adequately standing to bring such claims; (3) a revised damages calculation incorporating the additional costs Plaintiff discussed at the March 14, 2025, hearing and withdrawing the statutory damages arising out of the Sixth and Seventh Causes of Action.  If Plaintiff argues that he has standing to bring the Sixth and Seventh Causes of Action, he must file two versions of the revised damages calculation:  one that includes damages arising out of those Causes of Action and one that does not.

SO ORDERED.

Date: March 14, 2025
New York, New York

_____
VALERIE CAPRONI
United States District Judge