UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

Dimitri Theodore,                                                      Case No.  24-cv-5432 (VEC)

                Plaintiff,

                                                              **DEFAULT JUDGMENT**

       -against-

CORPHOUSING LLC d/b/a SoBe New York
a/k/a SoBeNY and Jimmie Chatmon,

                Defendants.
_____x

      **Plaintiff Dimitri Theodore,** having duly moved this Court for an Order granting default judgment and awarding damages and attorneys' fees, costs and interest pursuant to Rule 55 (b)(2) in his favor;

      **UPON A SHOW CAUSE HEARING FOR DEFAULT JUDGMENT HELD** ON March 14, 2025, before the Honorable Valerie Caproni, United States District Judge at the United States District Court, Southern District of New York, 500 Pearl Street, Courtroom 20C New York, NY 10007, and a declaration of Dimitri Theodore dated March 14, 2025, Dkt. 25-1;

      **IT IS HEREBY ORDERED AND ADJUDGED THAT** Plaintiff Dimitri Theodore ("Theodore") residing at 1464 1st Avenue, Apt. 4F, New York, NY 10075 be awarded **JUDGMENT** in his favor and the Judgment shall be entered by the Clerk of Court as follows:

1)     Defendants Corphousing LLC and Jimmie Chatman (collectively "Defendants") are jointly and severally liable for underpayments of Theodore's overtime wages in violation of the Fair Labor Standards Act ("FLSA") 29 USC §207 and New York Labor Law ("NYLL") §651 et seq. as alleged in the First and Second Causes of Action contained in the Complaint,  during the relevant

period of his employment with Corphousing LLC ("Corphousing") from on or about August 1, 2021 to August 22, 2022; and

2)      Dimitri Theodore is awarded the sum of $94,875.00 in overtime wage underpayments pursuant to the FLSA §207 and NYLL §651 et seq. from Defendants jointly and severally plus an additional sum of $94,875.00 as double damages pursuant to FLSA §207 and 100% liquidated damages pursuant to NYLL §198(1-a) for a **total award for overtime wage underpayment damages of $189,750.00**; and

3)      Defendants are jointly and severally liable to Theodore for late payment of all of his regular wages by more than 7 days after the end of the prior workweek in violation of NYLL §191.

4)      Dimitri Theodore is awarded an additional sum of **$50,600.00** from Defendants jointly and severally as 100% liquidated damages pursuant to NYLL §198 (1-a) for late payments of his regular wages for more than seven (7) days after the end of the previous workweek in violation of NYLL §191; and

   **IT IS FURTHER ADJUDGED**, that Theodore shall have Judgment and recover from Defendants jointly and severally attorneys' fees together with costs and disbursements under the FLSA §201 et seq., NYLL 198(1-a), (1-b) and (1-d) for violations of the FLSA §207 for underpayments of overtime wages; NYLL 191 for late payment of wages; and

   **IT IS FURTHER AWARDED** to Theodore the additional sum of $80,036.55 as attorney's fees to Nisar Law Group, PC, 60 East 42nd Street, Suite 4600, New York, NY 10165, counsel for Theodore, based on the **total damages amount of $240,350.00 awarded to Theodore** plus and additional amount of $1,788.75 for costs and disbursements for a **total additional award of attorneys' fees and costs in the sum of** $**81,825.30**; and

**IT IS FURTHER ADJUDGED AND AWARDED** to Theodore pre-judgment interest on his underpayments of overtime wages of $94,875.00 at 9% annum in the amount of $26,547.65 to be recovered from Defendants jointly and severally; and

**IT IS FURTHER ADJUDGED AND AWARDED** to Theodore post-judgment interest on all sums awarded under this Judgment of $322,175.30 at the interest rate prescribed by 28 U.S.C. § 1961 to be recovered from Defendants jointly and severally; and

**IT IS FURTHER ADJUDGED**, that Plaintiff Dimitri Theodore shall have execution thereof.

**JUDGMENT** entered this 20th day of March, 2025

_____
Honorable Valerie E. Caproni, U.S.D.J.